```
JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JEREMY KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
NOE ROMAN-FERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:09-cr-00109 LJO-BAM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | STATUS CONFERENCE; |
| | ) | ORDER THEREON |
| NOE ROMAN-FERNANDEZ, | ) | |
| | ) | Date:  June 3, 2013 |
| Defendant. | ) | Time:  8:30 a.m. |
| | ) | Dept :  Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for May 20, 2013, **may be continued to June 3, 2013 at 8:30 a.m.**

The defense requests this additional week in order to complete its investigation in light of the defense counsel's absence in early May.  The requested continuance will conserve time and resources for all parties and the Court.

///

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea negotiation and defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                                        BENJAMIN B. WAGNER
                                                        United States Attorney

DATED: April 29, 2013             By:    /s/ *Mia A. Giacomazzi*
                                                         MIA A. GIACOMAZZI
                                                         Assistant United States Attorney
                                                         Attorney for Plaintiff

                                                         JOSEPH SCHLESINGER
                                                         Acting Federal Defender

DATED: April 29, 2013             By:    /s/ *Jeremy Kroger*
                                                         JEREMY S. KROGER
                                                         Assistant Federal Defender
                                                         Attorney for Defendant
                                                         NOE ROMAN-FERNANDEZ

**O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:**   **April 30, 2013**            /s/  Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE